# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

JONATHAN M HAUSNER,      :
:
     Plaintiff,          :
:
     v.                :      CIVIL ACTION NO.
:      2:11-CV-0273-RWS
WHITE COUNTY DETENTION  :
CENTER,              :
:
     Defendant.     :

## ORDER

This case is before the Court for consideration of the Report and

Recommendation [5] of Magistrate Judge Susan S. Cole. After reviewing the

Report and Recommendation, it is received with approval and adopted as the

Opinion and Order of this Court. Accordingly, this action is hereby

**DISMISSED**, **without prejudice** due to Plaintiff's failure to obey a lawful

order of this Court. The Clerk shall close the case.

     **SO ORDERED**, this  8th  day of February, 2012.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE